# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MEYER-CHATFIELD CORP.

        v.

BANK FINANCIAL SERVICES GROUP,
STEVEN GOLDBERG, DAVID PAYNE,
ARNOLD WINICK, WILLIAM BORCHERT
AND DANIEL BARBAREE

MEYER-CHATFIELD CORP. AND
MEYER CHATFIELD ADMINISTRATIVE
SERVICES, LLC

        v.

BANK FINANCIAL SERVICES GROUP,
STEVEN GOLDBERG, DAVID PAYNE,
ARNOLD WINICK, WILLIAM BORCHERT
AND DANIEL BARBAREE

PETITION OF: BANK FINANCIAL
SERVICES GROUP, STEVEN
GOLDBERG, DAVID PAYNE, ARNOLD
WINICK, WILLIAM BORCHERT AND
DANIEL BARBAREE

No. 716 MAL 2016

Petition for Allowance of Appeal from
the Order of the Superior Court


## ORDER


**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal
is **DENIED**.